UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:07-CR-44 |
| | ) | |
| V. | ) | (Phillips / Shirley) |
| | ) | |
| SCOTT EDWARD WILLYARD, | ) | |
| | ) | |
| Defendant | ) | |

### **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on Defendant Scott Edward Willyard's Motion for Leave to File Further Motions [Doc. 107], filed on September 15, 2007.

In addition to the above motion, Defendant subsequently filed a Motion to File Motions Instanter and For Extension of Time to File Motions [Doc. 111], filed on September 17, 2007, which this Court granted in part, denied in part. [Doc. 123]. This Court granted Defendant's motion to file two additional, identified motions, but denied his request for a two week extension to file additional, unidentified motions. The Court directed should circumstances warrant, counsel for Mr. Willyard may, at any time, filed a Motion for Leave to File, with a proposed late-filed motion attached.

Accordingly, the Court **DENIES AS MOOT** Defendant's Motion for Leave to File Further Motions **[Doc. 107]** per this Court's previous Memorandum & Order [Doc. 123].

**IT IS SO ORDERED.**

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge