UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:07-CR-44 |
| | ) | |
| V. | ) | (Philips / Shirley) |
| | ) | |
| SCOTT EDWARD WILLYARD, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on Defendant Scott Edward Willyard's Motion For Issuance of Subpoenas [Doc. 130], filed on September 27, 2007 and the government's Response [Doc. 131] filed on September 27, 2007.

Defendant's Motion asks this Court to authorize the issuance of subpoenas for a hearing before this Court on October 4, 2007. Subsequent to filing this Motion, on September 28, 2007, Defendant filed a Motion to Withdraw Motion and Cancel Hearing [Doc. 132] requesting this Court cancel the hearing set for October 4, 2007. This Court granted Defendant's Motion on September 28, 2007.

Accordingly, the Court **DENIES AS MOOT** Defendant's Motion For Issuance of Subpoenas **[Doc. 130]** per this Court's previous Memorandum & Order [Doc. 135].

**IT IS SO ORDERED.**

ENTER:

<u>  s/ C. Clifford Shirley, Jr.  </u>
United States Magistrate Judge